UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-450 DFL |
| Plaintiff, | |
| v. | |
| DARNELL ZENO, | |
| Defendant. / | RELATED CASE ORDER |
| UNITED STATES OF AMERICA, | CR. No. S-05-451 FCD |
| Plaintiff, | |
| v. | |
| CEDRICK DINKINS, | |
| Defendants. / | |

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123, (E.D. Cal. 2005).

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are

1  assigned to the same judge; no consolidation of the actions is
2  effected.  Under the regular practice of this court, related
3  cases are generally assigned to the judge to whom the first
4  filed action was assigned.
5      IT IS THEREFORE ORDERED that the action denominated
6  CR. NO. S-05-451 FCD is reassigned to Judge David F. Levi for
7  all further proceedings.  Henceforth the caption on all
8  documents filed in the reassigned case shall be shown as
9  CR. NO. S-05-451 DFL.
10     IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of criminal cases to
12 compensate for this reassignment.
13 DATED: 12/2/2005

*/s/ David F. Levi*
_____
DAVID F. LEVI
United States District Judge