QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    **OK/HAV**

Attorney for Defendant
DARNELL ZENO


                    IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )      Cr.S. 05-450-DFL
                               )
                Plaintiff,     )      STIPULATION AND [PROPOSED]
                               )      ORDER TO EXTEND TIME
     v.                        )
                               )      Date:  January 26, 2006
DARNELL ZENO,                  )      Time:  10:00 a.m.
                               )      Judge: David F. Levi
                               )
                Defendant.     )
_____)

     DARNELL ZENO, by and through his counsel, DENNIS S. WAKS,

Supervising Assistant Federal Defender, and the United States

Government, by and through its counsel, Jason Hitt, Assistant

United States Attorney, hereby agree that the status conference

hearing set for December 13, 2005 be reset for January 26, 2006

at 10:00 a.m.  This continuance is requested because the defense

counsel requires additional time to review discovery, continue

our investigation, and to interview our client and other

witnesses.

     The parties submit that the ends of justice are served by

the Court excluding such time, so that they may have reasonable

time necessary for effective preparation, taking into account the

                                1

1  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

2      The parties stipulate that this interest of justice

3  outweighs the interest of the public and the defendant in a

4  speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good

5  cause outweighs the public's interest in the prompt disposition

6  of criminal cases.

7      Accordingly, all counsel and Mr. Zeno agree that the time

8  from December 13, 2005 through January 26, 2006 should be

9  excluded in computing the time within which trial must commence

10 under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4.

11 [reasonable time to prepare].

12 DATED:   December 12, 2005

13                                    Respectfully submitted,
                                     QUIN DENVIR
14                                   Federal Defender

15                                   /S/ Dennis S. Waks

16                                   _____
                                     DENNIS S. WAKS
17                                   Supervising Assistant Federal
                                     Defender
                                     Attorney for Defendant
18                                   DARNELL ZENO

19
                                     McGREGOR SCOTT
20                                   United States Attorney

21 DATE:   December 12, 2005
                                     /S/ Dennis S. Waks for
22                                   _____
                                     JASON HITT
23                                   Assistant United States Attorney

24

25

26

27

28

                                  2

1        **SO ORDERED.**

2   Dated: 12/13/2005

3

4

5                                    _____

6                                    DAVID F. LEVI
                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     3