UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 21, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                                 )      Case No. 2:05-cr-450 DFL
        Plaintiff, )
v.                                        )      ORDER FOR RELEASE OF
                                               )      PERSON IN CUSTODY
Darnell Zeno, )
                                               )
       Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Darnell Zeno Case No. 2:05-cr-450 DFL from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of _____

            \_\_    Unsecured Appearance Bond

            \_\_    Appearance Bond with 10% Deposit

            _X_    $116,000 Appearance Bond secured by Real Property (unsecured bond to be posted; secured bond to be posted within 2 weeks)

            \_\_    Corporate Surety Bail Bond

    _X_    (Other) PTS conditions/supervision

Issued at Sacramento, CA on December 21, 2005 at 3:25 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge