DENNIS S. WAKS, Bar #142581
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 05-450-DFL |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME |
| v. ) | |
| DARNELL ZENO, ) | Judge: Kimberly J. Mueller |
| Defendant. ) | |

On December 21, 2005, this Court ordered Mr. Zeno released on a signature bond, with a property bond to be posted in two weeks (on January 4, 2006). Due to the holidays and the difficulty in getting the proper documentation prepared on the Sacramento property, the parties agree that the deadline for posting the property bond may be extended two additional weeks, to January 18, 2006. Defense counsel has contacted the pretrial

/ / /
/ / /
/ / /
/ / /

1

services officer, Jacob Scott, to notify him of this requested extension.

Dated:  January 3, 2006
Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

 /S/ Dennis S. Waks
Acting Federal Defender
Attorneys for DARNELL ZENO

Dated:  January 3, 2006
McGREGOR W. SCOTT
United States Attorney


/s/ Jason Hitt by DENNIS S. WAKS
JASON HITT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Date:  January 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2