DENNIS S. WAKS, Bar #142581
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 05-450-DFL |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND TIME |
| v. ) | |
| DARNELL ZENO, ) | Judge: Kimberly J. Mueller |
| Defendant. ) | |

    On December 21, 2005, this Court ordered Mr. Zeno released on a signature bond, with a property bond to be posted in two weeks (on January 4, 2006). Due to the holidays and the difficulty in getting the proper documentation prepared on the Sacramento property, the parties agree that the deadline for posting the property bond was extended two additional weeks, to January 18, 2006. Chicago Title did not search the property correctly the first time and it was necessary for them to amend the necessary documents. We are now making arrangements for the property owner to come and sign the deed of trust so it can be recorded. Therefore, we are requesting one additional week to

1

Wednesday, January 25, 2006.  Defense counsel has contacted the pretrial services officer, Jacob Scott, to notify him of this requested extension.

Dated:  January 19, 2006

        Respectfully submitted,

        DENNIS S. WAKS
        Acting Federal Defender

        /S/ Dennis S. Waks
        Acting Federal Defender
        Attorneys for DARNELL ZENO

Dated:  January 19, 2006

        McGREGOR W. SCOTT
        United States Attorney

        /s/ Jason Hitt by DENNIS S. WAKS
        JASON HITT
        Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Date: January 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE