```
DENNIS S. WAKS, Bar #142581
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                           OK/HAV
DARNELL ZENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARNELL ZENO, ) <br> ) <br> Defendant. ) <br>_____) | Cr.S. 05-450-DFL <br><br> STIPULATION AND [PROPOSED] <br> ORDER <br><br> Date:  March 9, 2006 <br> Time:  10:00 a.m. <br> Judge: David F. Levi |

    DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Acting Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference hearing set for January 26, 2006 be reset for March 9, 2006 at 10:00 a.m.  This continuance is requested because the defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

    The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

    The parties stipulate that this interest of justice

1

outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Zeno agree that the time from January 26, 2006 through March 9, 2006 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:   January 24, 2006

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

/S/ Dennis S. Waks
_____
Attorney for Defendant
DARNELL ZENO


McGREGOR SCOTT
United States Attorney

DATE:   January 24, 2006

/S/ Dennis S. Waks for

_____
JASON HITT
Assistant United States Attorney

**SO ORDERED.**

Dated: 1/31/2006

_____
DAVID F. LEVI
United States District Judge