DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                             **OK/HAV**

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 05-450-DFL |
| ) Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: June 29, 2006 |
| DARNELL ZENO, ) | Time: 10:00 a.m. |
| ) | Judge: David F. Levi |
| Defendant. ) | |

    DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference hearing set for May 11, 2006 be rescheduled for a status conference/change of plea hearing on June 29, 2006 at 10:00 a.m. This continuance is requested because the defense counsel requires additional time to review discovery, and continue our investigation, and to interview our client and other witnesses.

    The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the

exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Zeno agree that the time from May 11, 2006 through June 29, 2006 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:   May 4, 2006

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Acting Federal Defender

                              /S/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS, Supervising
                              Assistant Federal Defender
                              Attorney for Defendant
                              DARNELL ZENO


                              McGREGOR SCOTT
                              United States Attorney

DATE:   May 4, 2006
                              /S/ Dennis S. Waks for

                              _____
                              JASON HITT
                              Assistant United States Attorney

**SO ORDERED.**

Dated: 05/09/2006
                              /s/ David F. Levi
                              HON. DAVID F. LEVI
                              United States District Court Judge