```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                          OK/HAV
DARNELL ZENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 05-450-DFL |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER |
| v. | ) | |
| | ) | Date: August 24, 2006 |
| DARNELL ZENO, | ) | Time: 10:00 a.m. |
| | ) | Judge: David F. Levi |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference hearing set for June 29, 2006 be rescheduled for a status conference/change of plea hearing on August 24, 2006 at 10:00 a.m.  This continuance is requested because the defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

    The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the

1

exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Zeno agree that the time from June 29, 2006 through August 24, 2006 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:   June 23, 2006

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                    /S/ Dennis S. Waks
                    _____
                    DENNIS S. WAKS, Supervising
                    Assistant Federal Defender
                    Attorney for Defendant
                    DARNELL ZENO

                    McGREGOR SCOTT
                    United States Attorney

DATE:   June 23, 2006

                    /S/ Dennis S. Waks for
                    _____
                    JASON HITT
                    Assistant United States Attorney

////

////

////

////

////

**SO ORDERED.**

Dated: 6/26/2006

_____
DAVID F. LEVI
United States District Judge