DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700        **OK/HAV**

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DARNELL ZENO,<br>　　　　Defendant. | Cr.S. 05-450-DFL<br>STIPULATION AND ORDER<br>Date: November 2, 2006<br>Time: 10:00 a.m.<br>Judge: David F. Levi |

　　DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference hearing set for August 24, 2006 be rescheduled for a status conference/change of plea hearing on November 2, 2006 at 10:00 a.m.  This continuance is requested because the defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

　　The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the

1

1  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
2      The parties stipulate that this interest of justice
3  outweighs the interest of the public and the defendant in a
4  speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good
5  cause outweighs the public's interest in the prompt disposition
6  of criminal cases.
7      Accordingly, all counsel and Mr. Zeno agree that the time
8  from August 24, 2006 through November 2, 2006 should be excluded
9  in computing the time within which trial must commence under the
10 Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4.
11 [reasonable time to prepare].
12 DATED:   August 23, 2006

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /S/ Dennis S. Waks
    _____
    DENNIS S. WAKS, Supervising
    Assistant Federal Defender
    Attorney for Defendant
    DARNELL ZENO


    McGREGOR SCOTT
    United States Attorney

21 DATE:   August 23, 2006
    /S/ Dennis S. Waks for
    _____
    JASON HITT
    Assistant United States Attorney

////

////

////

**SO ORDERED.**

Dated: 8/24/2006

_____
DAVID F. LEVI
United States District Judge