DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          **OK/HAV**

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 05-450-DFL |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER |
| v. | ) | |
| | ) | Date: February 22, 2007 |
| DARNELL ZENO, | ) | Time: 10:00 a.m. |
| | ) | Judge: David F. Levi |
| | ) | |
| Defendant. | ) | |

   DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference hearing set for November 2, 2006 be rescheduled for a status conference/change of plea hearing on February 22, 2007 at 10:00 a.m.  This continuance is requested because the defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

   The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the

exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Zeno agree that the time from November 2, 2006 through February 22, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:   October 31, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS, Supervising
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DARNELL ZENO

                                        McGREGOR SCOTT
                                        United States Attorney

DATE:   October 31, 2006
                                        /S/ Dennis S. Waks for

                                        _____
                                        JASON HITT
                                        Assistant United States Attorney

**SO ORDERED.**

Dated: November 1, 2006
                                        /s/ David F. Levi
                                        HON. DAVID F. LEVI
                                        United States District Court Judge