1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Cr.S. 05-450-DLJ |
| ) | | |
| Plaintiff, ) | | STIPULATION AND |
| ) | | ORDER |
| v. ) | | |
| ) | | Date: September 11, 2007 |
| DARNELL ZENO, ) | | Time: 10:00 a.m. |
| ) | | Judge: D. Lowell Jensen |
| ) | | |
| Defendant. ) | | |
| _____) | | |

    DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference hearing set for August 7, 2007 be rescheduled for a status conference/change of plea hearing on September 11, 2007 at 10:00 a.m.  This continuance is requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

    The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the

1

exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Zeno agree that the time from August 7, 2007 through September 11, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: August 6, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS, Supervising
Assistant Federal Defender
Attorney for Defendant
DARNELL ZENO


McGREGOR SCOTT
United States Attorney

DATE: August 6, 2007

/S/ Dennis S. Waks for
_____
JASON HITT
Assistant United States Attorney

**SO ORDERED.**

Dated: August 7, 2007

/s/ D. Lowell Jensen
_____
HON. D. LOWELL JENSEN
United States District Court Judge

2