DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Cr.S. 05-450-DLJ |
| ) | | |
| Plaintiff, ) | | STIPULATION AND |
| ) | | ORDER |
| v. ) | | |
| ) | | Date: December 4, 2007 |
| DARNELL ZENO, ) | | Time: 9:00 a.m. |
| ) | | Judge: D. Lowell Jensen |
| ) | | |
| Defendant. ) | | |
| _____) | | |

    DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference hearing set for October 23, 2007 be rescheduled for a status conference/change of plea hearing on December 4, 2007 at 9:00 a.m.  This continuance is requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses. Furthermore, counsel for the defendant will be on vacation out of state from October 25, 2007 to November 12, 2007.

    The parties submit that the ends of justice are served by

1 | the Court excluding such time, so that they may have reasonable
2 | time necessary for effective preparation, taking into account the
3 | exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
4 |     The parties stipulate that this interest of justice
5 | outweighs the interest of the public and the defendant in a
6 | speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good
7 | cause outweighs the public's interest in the prompt disposition
8 | of criminal cases.
9 |     Accordingly, all counsel and Mr. Zeno agree that the time
10 | from October 23, 2007 through December 4, 2007, should be
11 | excluded in computing the time within which trial must commence
12 | under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4.
13 | [reasonable time to prepare].
14 | DATED: October 18, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS, Supervising
Assistant Federal Defender
Attorney for Defendant
DARNELL ZENO

McGREGOR SCOTT
United States Attorney

DATE:  October 18, 2007

/S/ Dennis S. Waks for
_____
JASON HITT
Assistant United States Attorney

**SO ORDERED.**

Dated: 10/22/2007

/s/ D. Lowell Jensen
_____
HON. D. LOWELL JENSEN
United States District Court Judge