DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARNELL ZENO, ) <br> ) <br> Defendant. ) <br> _____) | Cr.S. 05-450-DLJ <br><br> STIPULATION AND <br> ORDER <br><br> Date: January 8, 2008 <br> Time: 9:00 a.m. <br> Judge: D. Lowell Jensen |

     DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference hearing set for December 4, 2007 be rescheduled for a status conference/change of plea hearing on January 8, 2008 at 9:00 a.m. This continuance is requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses. Furthermore, Mr. Hitt has been involved in a jury trial for at least the last one and a half months.

     The parties submit that the ends of justice are served by

1  the Court excluding such time, so that they may have reasonable
2  time necessary for effective preparation, taking into account the
3  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
4      The parties stipulate that this interest of justice
5  outweighs the interest of the public and the defendant in a
6  speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good
7  cause outweighs the public's interest in the prompt disposition
8  of criminal cases.
9      Accordingly, all counsel and Mr. Zeno agree that the time
10 from December 4, 2007 through January 8, 2008, should be excluded
11 in computing the time within which trial must commence under the
12 Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4.
13 [reasonable time to prepare].
14 DATED: November 29, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS, Supervising
Assistant Federal Defender
Attorney for Defendant
DARNELL ZENO


McGREGOR SCOTT
United States Attorney

DATE:  November 29, 2007
/S/ Dennis S. Waks for
_____
JASON HITT
Assistant United States Attorney

**SO ORDERED.**

Dated: 12/3/2007

/s/ D. Lowell Jensen
_____
HON. D. LOWELL JENSEN
United States District Court Judge