DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DARNELL ZENO,<br><br>        Defendant. | Cr.S. 05-450-DLJ<br><br>STIPULATION AND ORDER<br><br>Date: February 5, 2008<br>Time: 9:00 a.m.<br>Judge: D. Lowell Jensen |

    DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference/change of plea hearing set for January 8, 2008 be rescheduled for a status conference/change of plea hearing on February 5, 2008 at 9:00 a.m.  This continuance is requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.  Furthermore, Mr. Hitt has been involved in a two month jury trial which just completed on December 10, 2007.

    The parties submit that the ends of justice are served by

1 the Court excluding such time, so that they may have reasonable
2 time necessary for effective preparation, taking into account the
3 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
4     The parties stipulate that this interest of justice
5 outweighs the interest of the public and the defendant in a
6 speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good
7 cause outweighs the public's interest in the prompt disposition
8 of criminal cases.
9     Accordingly, all counsel and Mr. Zeno agree that the time
10 from January 8, 2008 through February 5, 2008, should be excluded
11 in computing the time within which trial must commence under the
12 Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4.
13 [reasonable time to prepare].
14 DATED: January 4, 2008

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS, Supervising
                                Assistant Federal Defender
                                Attorney for Defendant
                                DARNELL ZENO


                                McGREGOR SCOTT
                                United States Attorney

DATE: January 4, 2008
                                /S/ Dennis S. Waks for

                                _____
                                JASON HITT
                                Assistant United States Attorney

     **SO ORDERED.**

Dated: 1/7/2008
                                /s/ D. Lowell Jensen
                                _____
                                HON. D. LOWELL JENSEN
                                United States District Court Judge