DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DARNELL ZENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARNELL ZENO, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CR-S-05-450-DLJ <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE <br><br> Date:  March 4, 2008 <br> Time:  9:00 a.m. <br> Judge: D. Lowell Jensen |

DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby agree that the status conference/change of plea hearing set for February 5, 2008 be rescheduled for a status conference/change of plea hearing on March 4, 2008 at 9:00 a.m.  This continuance is requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.  Furthermore, Mr. Hitt is presently involved in a jury trial which will extend into early February.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable

time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Zeno agree that the time from February 5, 2008 through March 4, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4 [reasonable time to prepare].

DATED: January 31, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks

_____
DENNIS S. WAKS, Supervising
Assistant Federal Defender
Attorney for Defendant
DARNELL ZENO

McGREGOR SCOTT
United States Attorney

DATE: January 31, 2008

/S/ Dennis S. Waks for

_____
JASON HITT
Assistant United States Attorney

**SO ORDERED.**

Dated: 2/5/2008

/s/ D. Lowell Jensen
HON. D. LOWELL JENSEN
United States District Judge