```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DARNELL ZENO
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-05-450-DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO MODIFY CONDITIONS OF |
| v. ) | RELEASE |
| ) | |
| DARNELL ZENO, ) | |
| ) | |
| ) | Judge: D. Lowell Jensen |
| Defendant. ) | |
| _____ ) | |

DARNELL ZENO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, and STEVE SHEEHAN, United States Pretrial Service Officer, hereby agree to modify the conditions of release as follows:

   Item number 4 listed on the attached Special Conditions of Release will now state:

   4.   Pretrial Services will modify his condition to replace the mother's residence with the wife's apartment and adding curfew as directed by Pretrial Services.

/ / /

/ / /

1

1 | Accordingly, all parties and Mr. Zeno agree with the above
2 | modification.
3 | DATED: March 26, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS, Supervising
Assistant Federal Defender
Attorney for Defendant
DARNELL ZENO


McGREGOR SCOTT
United States Attorney

DATE: March 26, 2008

/S/ Dennis S. Waks for
_____
JASON HITT
Assistant United States Attorney

**SO ORDERED.**

Dated: 03/31/2008

/s/ D. Lowell Jensen
_____
HON. D. LOWELL JENSEN
United States District Judge